# EXHIBIT 1

Filed Under Restriction