# EXHIBIT 2

# Tin Giant LLC

2401 Broadway Street
Boulder CO 80304
720-310-5051   rob@tingiant.com

# Invoice

Submitted on 5/25/2019

| Invoice for | Payable to | Invoice # |
|---|---|---|
| Atari, Inc.<br>286 Madison Avenue, 8th Floor<br>New York, NY 10017 | Tin Giant LLC | 15 |
| | **Project**<br>VCS | **Due date**<br>6/25/19 |

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| Phase#3 MS5 (3/15/2019) | 1 | $22,500.00 | $22,500.00 |

Notes:

| | |
|---|---|
| Subtotal | **$22,500.00** |
| Adjustments | $0.00 |
| | **$22,500.00** |

# Tin Giant LLC

2401 Broadway Street
Boulder CO 80304

720-310-5051    rob@tingiant.com

# Invoice

**Submitted on 5/25/2019**

| **Invoice for** | **Payable to** | **Invoice #** |
|---|---|---|
| Atari, Inc.<br>286 Madison Avenue, 8th Floor<br>New York, NY 10017 | Tin Giant LLC | 16 |
| | **Project** | **Due date** |
| | VCS | 6/25/19 |

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| Phase#3 MS6 (3/31/2019)<br>final invoice phase#3 | 1 | $22,500.00 | $22,500.00 |

Notes:

| | |
|---|---|
| Subtotal | $22,500.00 |
| Adjustments | $0.00 |
| | **$22,500.00** |

# Tin Giant LLC

2401 Broadway Street
Boulder CO 80304
720-310-5051    rob@tingiant.com

# Invoice

**Submitted on 8/30/2019**

| **Invoice for** | **Payable to** | **Invoice #** |
|---|---|---|
| Atari, Inc.<br>286 Madison Avenue, 8th Floor<br>New York, NY 10017 | Tin Giant LLC | 17 |
| | **Project** | **Due date** |
| | VCS | 9/30/19 |

| Description | | Qty | Unit price | Total price |
|---|---|---|---|---|
| Rob Wyatt | April 2019 | 160 | $140.00 | $22,400.00 |
| Adam Litton | April 2019 | 160 | $140.00 | $22,400.00 |

As per Amendment#4 invoices are now montly and hourly at $140 per hour

Notes:

| | |
|---|---|
| Subtotal | $44,800.00 |
| Adjustments | $0.00 |

# $44,800.00

# Tin Giant LLC

2401 Broadway Street
Boulder CO 80304
720-310-5051   rob@tingiant.com

# Invoice

**Submitted on 8/30/2019**

| Invoice for | Payable to | Invoice # |
|---|---|---|
| Atari, Inc.<br>286 Madison Avenue, 8th Floor<br>New York, NY 10017 | Tin Giant LLC | 18 |
| | **Project** | **Due date** |
| | VCS | 9/30/19 |

| Description | | Qty | Unit price | Total price |
|---|---|---|---|---|
| Rob Wyatt | May 2019 | 160 | $140.00 | $22,400.00 |
| Adam Litton | May 2019 | 120 | $140.00 | $16,800.00 |

As per Amendment#4 invoices are now montly and hourly at $140 per hour

Adam took a week off

Notes:

| | |
|---|---|
| Subtotal | $39,200.00 |
| Adjustments | $0.00 |
| | **$39,200.00** |

# Tin Giant LLC

2401 Broadway Street
Boulder CO 80304

720-310-5051    rob@tingiant.com

# Invoice

**Submitted on 8/30/2019**

| **Invoice for** | **Payable to** | **Invoice #** |
|---|---|---|
| Atari, Inc.<br>286 Madison Avenue, 8th Floor<br>New York, NY 10017 | Tin Giant LLC | 19 |
| | **Project** | **Due date** |
| | VCS | 9/30/19 |

| Description | | Qty | Unit price | Total price |
|---|---|---|---|---|
| Rob Wyatt | June 2019 | 160 | $140.00 | $22,400.00 |
| Adam Litton | June 2019 | 160 | $140.00 | $22,400.00 |

As per Amendment#4 invoices are now montly and hourly at $140 per hour

Notes:

| | |
|---|---|
| Subtotal | $44,800.00 |
| Adjustments | $0.00 |
| | **$44,800.00** |

# Tin Giant LLC

2401 Broadway Street
Boulder CO 80304

720-310-5051    rob@tingiant.com

# Invoice

**Submitted on 8/30/2019**

| Invoice for | Payable to | Invoice # |
|---|---|---|
| Atari, Inc.<br>286 Madison Avenue, 8th Floor<br>New York, NY 10017 | Tin Giant LLC | 20 |
| **Project** | | **Due date** |
| VCS | | 9/30/19 |

| Description | | Qty | Unit price | Total price |
|---|---|---|---|---|
| Rob Wyatt | July 2019 | 144 | $140.00 | $20,160.00 |
| Adam Litton | July 2019 | 144 | $140.00 | $20,160.00 |

As per Amendment#4 invoices are now montly and hourly at $140 per hour

NOTE: We both took two unbilled days around July 4th

Notes:

| | |
|---|---|
| Subtotal | $40,320.00 |
| Adjustments | $0.00 |
| | **$40,320.00** |

# Tin Giant LLC

2401 Broadway Street
Boulder CO 80304
720-310-5051    rob@tingiant.com

# Invoice

**Submitted on 8/30/2019**

| **Invoice for** | **Payable to** | **Invoice #** |
|---|---|---|
| Atari, Inc.<br>286 Madison Avenue, 8th Floor<br>New York, NY 10017 | Tin Giant LLC | 21 |
| | **Project** | **Due date** |
| | VCS | 9/30/19 |

| **Description** | | **Qty** | **Unit price** | **Total price** |
|---|---|---|---|---|
| Rob Wyatt | July 2019 | 120 | $140.00 | $16,800.00 |
| Adam Litton | July 2019 | 60 | $140.00 | $8,400.00 |

Adam worked through August 12th and will not be on future invoices

Rob only worked 3 of the 4 billable weeks

Notes:

| | |
|---|---|
| Subtotal | $25,200.00 |
| Adjustments | $0.00 |
| | **$25,200.00** |

# Tin Giant LLC

2401 Broadway Street
Boulder CO 80304

720-310-5051    rob@tingiant.com

# Invoice

**Submitted on 9/30/2019**

| Invoice for | Payable to | Invoice # |
|---|---|---|
| Atari, Inc.<br>286 Madison Avenue, 8th Floor<br>New York, NY 10017 | Tin Giant LLC | 22 |
|  | **Project** | **Due date** |
|  | VCS | 10/30/19 |

| Description | | Qty | Unit price | Total price |
|---|---|---|---|---|
| Rob Wyatt | September 2019 | 160 | $140.00 | $22,400.00 |

Notes:

| | |
|---|---|
| Subtotal | $22,400.00 |
| Adjustments | $0.00 |
| | **$22,400.00** |