**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-911

TIN GIANT, LLC, A COLORADO LIMITED LIABILITY COMPANY and ROBERT WYATT, AN INDIVIDUAL,

Plaintiffs,

v.

ATARI GAMEBOX, LLC, A DELAWARE LIMITED LIABILITY COMPANY,

Defendant.

---

**RESPONSE TO SHOW CAUSE**

---

Now comes Plaintiffs, Tin Giant, LLC and Rob Wyatt, by and through their attorneys, LASZLOLAW, and for their response to this Court's Order to Show Cause of April 7, 2020, state as follows:

1. Plaintiff Tin Giant, LLC, ("Tin Giant") and Plaintiff Robert Wyatt ("Wyatt") understood Tin Giant's contractual relationship to be with Atari Gamebox, LLC.

2. Based on information obtained via internet search, it is Plaintiffs' belief that Atari Gamebox, LLC legally changed its name to Atari VCS, LLC sometime in 2019.  Exhibit 1 at p. 49.

3. Based on information obtained via an internet search, it is Plaintiffs' belief that Atari VCS, LLC is a single member limited liability company, 100% owned by Atari SA (a corporation organized and existing under French law) either directly or indirectly through the

1

intermediary holding companies Atari US Holdings, Inc., a California corporation, and Atari Games, Corp., a Delaware Corporation. *Id*, at p. 11.

4.  Plaintiffs are prepared to file their Amended Complaint (pursuant to Fed. R. Civ. P. 15(a)) clarifying their allegations regarding the identity of the Defendant, and the citizenship of its sole member, which allegations Plaintiffs believe to be sufficient to show that the Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332. A copy of the proposed Amended Complaint is attached hereto as Exhibit 2, without exhibits.

5.  It is Plaintiffs' belief that the information contained herein, and the filing the Amended Complaint, address and resolve the issues raised in this Court's April 7, 2020 Order to Show Cause, and therefore, the Court should not on its own motion dismiss this action.

Dated: April 7, 2020.

**LASZLOLAW**

s/ Michael J. Laszlo
Theodore E Laszlo, Jr. (#36234)
Michael J. Laszlo (#38206)
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
(303) 926-0410 (phone)
(303)443-0758 (Fax)
Email: tlaszlo@laszlolaw.com
         mlaszlo@laszlolaw.com

*Attorneys for Plaintiffs*