## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:20-cv-911-WJM**

**TIN GIANT, LLC, and ROBERT WYATT,**

**Plaintiffs,**

**v.**

**ATARI VCS, LLC, f/k/a "ATARI GAMEBOX, LLC," A DELAWARE LIMITED LIABILITY COMPANY,**

**Defendant.**

---

### REQUEST FOR ENTRY OF DEFAULT

---

COME NOW, Plaintiffs Tin Giant, LLC and Rob Wyatt, by and through their attorneys, LASZLOLAW, and pursuant to Fed. R. Civ. P. 55(a), respectfully request the Clerk of this Court enter of default against Atari VCS, LLC.  In support, Plaintiffs state:

1.     On April 8, 2020, Plaintiffs filed their Amended Complaint with the Court.  [Dkt. No. 11].  On April 22, 2020, Defendant was served with a summons and copy of Plaintiffs' Amended Complaint by personal service. [Dkt. No. 17].

2.     Defendant did not file a responsive pleading by May 13, 2020, i.e., within 21 days after April 22, 2020, the date of service.  Fed. R. Civ. P. 12(a)(1)(A)(i).

3.     Defendant did not otherwise defend the suit.

4.     Plaintiffs are entitled to entry of default.

5.     Fed. R. Civ. P. 55(a) states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

1

6.      The clerk must enter default against Defendant because Defendant did not file a responsive pleading within 21 days after April 22, 2020, the date of service.  Fed. R. Civ. P. 12(a)(1)(A)(i); *see* Fed. R. Civ. P. 55(a).

7.      The Clerk should enter default against Defendant because Defendant did not otherwise defend the suit.  Fed. R. Civ. P. 55(a).

8.      After the clerk enters default, Plaintiffs will file the necessary motion asking the Court to enter a default judgment pursuant to Fed. R. Civ. P. 55(b).

9.      As set forth herein, Plaintiffs meet the procedural requirements for obtaining an entry of default from the Clerk.

10.     For these reasons, and based on the Court's Record, Plaintiffs request the clerk enter a default against Atari VCS, LLC.

DATED: May 19, 2020

LASZLOLAW

*s/ Michael J. Laszlo*
Theodore E Laszlo, Jr. (#36234)
Michael J. Laszlo (#38206)
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
(303) 926-0410 (phone)
(303) 443-0758  (fax)
Email: mlaszlo@laszlolaw.com

*Attorneys for Tin Giant, LLC and Robert Wyatt*