## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:20-cv-911-WJM**

**TIN GIANT, LLC, and ROBERT WYATT,**

**Plaintiffs,**

**v.**

**ATARI VCS, LLC, f/k/a "ATARI GAMEBOX, LLC," A DELAWARE LIMITED LIABILITY COMPANY,**

**Defendant.**

---

### DECLARATION OF MICHAEL J. LASZLO, ESQ.

---

COMES NOW YOUR DECLARANT, who states and deposes as follows:

1.      I am duly authorized to practice law, a member of the bar of this Court, and one of the partners of LaszloLaw, the law firm that represents Plaintiffs in this matter.

2.      On April 8, 2020, Plaintiffs filed their Amended Complaint with the Court.  [Dkt. No. 11].  On April 22, 2020, Defendant was served with a summons and copy of Plaintiffs' Amended Complaint by personal service. [Dkt. No. 17].

3.      Defendant did not file a responsive pleading by May 13, 2020, i.e., within 21 days after April 22, 2020, the date of service.  Fed. R. Civ. P. 12(a)(1)(A)(i).

4.      Defendant did not otherwise defend the suit.

5.      Defendant is not a minor or an incompetent person.

6.      Defendant is not in the military service, as set forth in the Service members Civil Relief Act, 50 App. U.S.C. § 521, Protection of Service members Against Default Judgments.

7.      Defendant has not made an appearance.

1

DATED: May 22, 2020

**LASZLOLAW**

*s/ Michael J. Laszlo*
Theodore E Laszlo, Jr. (#36234)
Michael J. Laszlo (#38206)
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
(303) 926-0410 (phone)
(303) 443-0758  (fax)
Email: mlaszlo@laszlolaw.com

*Attorneys for Tin Giant, LLC and Robert Wyatt*

2