IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00911-WJM-SKC

TIN GIANT, LLC, a Colorado Limited Liability Company, and
ROBERT WYATT, an Individual

      Plaintiffs,

v.

ATARI VCS, LLC, f/k/a "ATARI GAMEBOX LLC,"
a Delaware Limited Liability Company

      Defendant.

## DECLARATION OF FREDERIC CHESNAIS

      Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

      1.     I am the Chief Executive Officer of Atari VCS, LLC ("Atari").  In that capacity, I am responsible for overseeing the affairs of Atari, including all legal actions against the company.

      2.     Atari is Delaware limited liability company with its principal place of business at 286 Madison Avenue, 8th Floor, New York, New York 10017.

      3.     On information and belief, Plaintiff, Rob Wyatt knew Atari's principal place of business is 286 Madison Avenue, 8th Floor, New York, New York 10017 because he has received correspondence from our staff at that address.

      4.     On March 20, 2020, Andrew Cuomo, the Governor of the State of New York, issued Executive Order No. 202.8 ("New York State on PAUSE") which required businesses – with the exception of those providing "essential" services – to keep 100 percent of their workforce at home, effectively shutting any non-essential businesses whose workforce cannot work from home.  The executive order took effect Sunday, March 22, 2020 at 8 p.m.  Upon learning about Executive Order 202.8, I immediately focused on safeguarding our employees, protecting our franchise, and safeguarding my family.

5. On March 22, 2020, Chief Administrative Judge Lawrence Marks issued Administrative Order AO/78/20, which effectively halted all non-essential proceedings in courts of the State of New York. The order applied to paper and electronic filings and extended to all trial courts.

6. On information and belief, on or about April 8, 2020, Plaintiff caused to be served a copy of the attached Amended Complaint to Atari's registered agent located in Delaware.

7. Subsequently, the Registered Agent forwarded a copy of the Amended Complaint to the person of record in its database, who in turn forwarded the Amended Complaint to me.

8. On May 20, 2020, Chief Administrative Judge Marks issued a memorandum to the courts of New York State, announcing that as of May 25, 2020, and for the first time since Administrative Order AO/78/20 issued on March 22, the courts of New York County would accept "the filing of new non-essential matters." See https://www.nycourts.gov/whatsnew/pdf/LKMarks-memo-May20.pdf.

9. The global pandemic effectively shut down Atari's offices and all non-essential services in New York, which delayed Atari's ability to file a timely response to the Amended Complaint.

10. On June 2, 2020, approximately one-week before Governor Cuomo initiated the first phase of allowing non-essential service providers to return to their offices, I engaged counsel regarding this litigation and was advised that the response was late.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of July 2020

_____
Frederic Chesnais