**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00911-WJM-SKC

TIN GIANT, LLC, and ROBERT WYATT,

Plaintiffs,

v.

ATARI VCS, LLC f/k/a, "ATARI GAMEBOX, LLC"

Defendant.

_____

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**
_____

Now come Plaintiffs, Tin Giant, LLC and Rob Wyatt, and Defendant Atari VCS, LLC by and through their respective attorneys, and jointly move this court to continue the Scheduling Conference currently set to take place on July 14, 2020 at 11:00am.  In support, the Parties state as follows:

1.     A Scheduling Conference is set for July 14, 2020 at 11:00am.  [Doc. # 19].

2.     The Clerk's Entry Default was entered against Defendant Atari VCS, LLC on May 22, 2020.  [Doc. # 23].

3.     Counsel for Defendant Atari VCS, LLC entered his appearance in this case on July 3, 2020.  [Doc. # 24].

4.     Defendant Atari VCS, LLC filed its Motion to Set Aside Clerk's Entry of Default on July 3, 2020.  [Doc. # 25].

1

5. The Parties ask this Court to continue the Scheduling Conference to provide the parties with time to conduct the Rule 26(f) meeting, prepare a proposed scheduling order in accordance with the Rules.

6. The attorneys for all Parties agree to this continuance and have signed this joint motion.

7. The Parties believe that a 30-day continuance of the Scheduling Conference will be sufficient and serve the purposes set forth herein.

8. No prior extension of the Scheduling Conference has been requested, or granted previously.

9. This Motion will be served on all clients as required by D.C.COLO.LCivR 6.1(c).

10. This Motion is not made for purposes of undue delay, and no party will be prejudiced as all Parties agree to the relief requested, and a continuance will serve the interests of all Parties.

Dated: July 7, 2020.

LASZLOLAW

s/ Michael J. Laszlo
Theodore E Laszlo, Jr. (#36234)
Michael J. Laszlo (#38206)
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
(303) 926-0410 (phone)
Email: tlaszlo@laszlolaw.com
       mlaszlo@laszlolaw.com

*Attorneys for Plaintiffs*

s/ Denver Edwards
Denver G. Edwards
BRADFORD EDWARDS & VARLACK LLP
150 West 51st Street, No. 1121
New York, New York 10019
Telephone: 201.306.1090
E-mail: dedwards@bradfordedwards.com

*Attorney for Defendant Atari VCS, LLC*

3

## CERTIFICATE OF SERVICE

I certify that on July 7, 2020, the foregoing was served on all counsel of record via the Court's ECF Filing system.

                                          s/ Michael J. Laszlo

I certify that on July 7, 2020, the foregoing was served on Plaintiffs via email pursuant to D.C.COLO.LCivR 6.1(c).

                                          s/ Michael J. Laszlo

I certify that on July 7, 2020, the foregoing was served on Defendant via email pursuant to D.C.COLO.LCivR 6.1(c).

                                          s/ Denver Edwards