**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 20-cv-0911-WJM-SKC

TIN GIANT, LLC, a Colorado Limited Liability Company, and
ROBERT WYATT,

      Plaintiffs,

v.

ATARI VCS, LLC, f/k/a "Atari Gamebox, LLC," a Delaware Limited Liability Company,

      Defendant.
_____

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**
_____

      This matter comes before the Court on the Parties' Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction (ECF No. 26). Pursuant to 28 U.S.C. § 636(c) and D.C.COLO.LCivR 72.2, the parties have consented to the disposition of the above action by United States Magistrate Judge S. Kato Crews. The Court having reviewed the parties' filing hereby ORDERS as follows:

      The above action is hereby REFERRED for final disposition to Judge Hegarty pursuant to 28 U.S.C. § 636 (c), Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2. Judge Hegarty shall conduct any and all further proceedings in this case, including without limitation trial and entry of a final judgment.

      The parties and the Clerk of Court are DIRECTED to use the following case number for all future filings in this action: **20-cv-0911-SKC.**

Dated this 8th day of July, 2020.

BY THE COURT:

William J. Martínez
United States District Judge