**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00911-WJM-SKC

TIN GIANT, LLC, and ROBERT WYATT,

       Plaintiffs,

    v.

ATARI VCS, LLC f/k/a, "ATARI GAMEBOX, LLC"

       Defendant.

---

**MOTION FOR CONTINUANCE**

---

COMES NOW, Denver Edwards, respectfully moves this Court to continue the Scheduling Conference currently set for September 10, 2020 to September 17, 2020, as I will be traveling on that date for my wedding.  Plaintiffs' attorneys have been notified of this request and have raised no objection to a continuance until September 17, 2020.  This Court previously granted the parties an extension of the Scheduling Conferences on July 8, 2020 and August 13, 2020.

Respectfully submitted,

 s/ Denver G. Edwards
Denver G. Edwards
BRADFORD EDWARDS &VARLACK LLP
12 East 49th Street, 11th Floor
New York, New York 10017
Telephone: 201.306.1090
E-mail: dedwards@bradfordedwards.com

*Attorney for Defendant Atari VCS, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 21, 2020, a copy of the foregoing has been mailed

via electronic mail to:

Theodore E Laszlo, Jr. (#36234)
Michael J. Laszlo (#38206)
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
(303) 926-0410 (phone)
Email: tlaszlo@laszlolaw.com
mlaszlo@laszlolaw.com

*Attorneys for Plaintiffs*

     s/ Denver G. Edwards
     Denver G. Edwards
     BRADFORD EDWARDS &VARLACK LLP
     12 East 49th Street, 11th Floor
     New York, New York 10017
     Telephone: 201.306.1090
     E-mail: dedwards@bradfordedwards.com

     *Attorney for Defendant Atari VCS, LLC*