IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00911-WJM-SKC

TIN GIANT, LLC, a Colorado Limited Liability Company, and
ROBERT WYATT, an Individual

      Plaintiff(s),

v.

ATARI VCS, LLC, f/k/a "ATARI GAMEBOX LLC,"
a Delaware Limited Liability Company

      Defendant(s).

---

### DEFENDANT'S MOTION TO MOTION TO TRANSFER THE AMENDED COMPLAINT TO THE FEDERAL DISTRICT IN NEW YORK COUNTY PURSUANT TO 28 U.S.C. § 1404 OR DISMISS THE AMENDED COMPLAINT FOR *FORUM NON-CONVENIENS*

---

      Defendant Atari VCS, LLC ("Atari") respectfully moves to transfer venue to the federal court in Southern District of New York pursuant to 28 U.S.C. § 1404(a) or, alternatively, to dismiss the Amended Complaint, without prejudice, to allow Plaintiffs to re-file their complaint in New York State Supreme Court.  This Motion is supported by the attached Memorandum in Support of Motion to Transfer the the Amended Complaint to the Federal District of New York County pursuant to 28 U.S.C. § 1404 or Dismiss the Amended Complaint for *Forum Non-Convinens*.

      Pursuant to D.C. Colo. LCiv.R. 7.1, counsel for Atari certifies that before filing this Motion, he conferred with Plaintiff's counsel in the manner required by D.C. LCiv.R. 7.1 and that the parties were unable to resolve the disputed matter.

2

Dated: May 14, 2021                     Respectfully Submitted,
       New York, NY

                                        /s/ Denver Edwards
                                        Denver G. Edwards
                                        **BRADFORD EDWARDS & VARLACK LLP**
                                        12 East 49th Street, 11th Floor
                                        New York, New York 10017
                                        Telephone: 201.306.1090
                                        E-mail: dedwards@bradfordedwards.com

                                        *Attorney for Defendant Atari VCS, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on May 14, 2021, the foregoing was served on all counsel of record via the Court's ECF Filing system.

                                                   s/ Denver G. Edwards
                                                   Denver G. Edwards