## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00911-WJM-SKC

TIN GIANT, LLC, a Colorado Limited Liability Company, and
ROBERT WYATT, an Individual

    Plaintiff(s),

v.

ATARI VCS, LLC, f/k/a "ATARI GAMEBOX LLC,"
a Delaware Limited Liability Company

    Defendant(s).

---

## **ORDER**

---

    THIS MATTER comes before the Court on Defendant Atari VCS, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), filed on May 14, 2021. Having reviewed the Motion,

    IT IS ORDERED that the Motion is GRANTED. This case is transferred to the Southern District of New York.

Dated this _____ day of _____, 2021.

                                                  BY THE COURT:

                                                  _____

## **CERTIFICATE OF SERVICE**

I certify that on May 14, 2021, the foregoing was served on all counsel of record via the Court's ECF Filing system.

                                                           s/ Denver G. Edwards
                                                         Denver G. Edwards